UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

I.T. PRODUCTIONS, LLC,

        Plaintiff,

  v.

DOES 1-20,

        Defendants.

C16-1775 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to extend the deadline for effecting service, docket no. 10, is GRANTED in part and DENIED in part as follows. Plaintiff requests an additional 120 days to send "multiple written notices" to potential defendants in an attempt to conduct further discovery and/or reach a resolution of the claims at issue, and if unsuccessful in the latter endeavor, to obtain waivers of service or effect service if necessary. Plaintiff asserts that potential defendants are "sensitive to being identified" in the lawsuit, but shows no concern for potential defendants' rights to be timely served and to have judicial oversight relating to discovery. Moreover, plaintiff's explanation concerning why the Internet Service Provider at issue did not receive until February 10, 2017, the subpoena authorized by the Court on December 22, 2016, is vague and does not clearly deny plaintiff's or its attorney's role in the delay. The Court is satisfied that plaintiff can and should effect service by April 15, 2017, which is 150 days from the date this action commenced.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of March, 2017.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1