UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

I.T. PRODUCTIONS, LLC,

    Plaintiff,

v.

JOHN SEARLE, et al.,

    Defendants.

C16-1775 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Theresa Nelson's unopposed motion for extension of time, docket no. 41, is GRANTED, and Nelson shall have until May 22, 2017, to file a responsive pleading or motion.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of April, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1