UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

I.T. PRODUCTIONS, LLC,

Plaintiff(s),

vs.

DOE 1, et al.,

Defendant(s).

No. 2:16−cv−01775−TSZ

ORDER OF DEFAULT

THIS MATTER comes before the Clerk of the Court on Plaintiff I.T. Productions, LLC's motion, and it appearing that Defendant Andrew Howard has failed to timely plead or otherwise defend in this action, the default of Defendant Andrew Howard is hereby entered.

IT IS SO ORDERED.

DATED this July 14, 2017

WILLIAM M. MCCOOL, Clerk

By: __/s/ Karen Dews__
Karen Dews
Deputy Clerk

ORDER OF DEFAULT – 1